**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY TORREZ JUNIOR, | Case No. 1:26-cv-077-KES-FRS (SAB) |
| Plaintiff, | **ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| MINDY CASTO, et al., | (Doc. 2) |
| Defendants. | **TWENTY-ONE DAY DEADLINE** |

On January 6, 2026, Plaintiff Larry Torrez Junior ("Plaintiff"), filed this action asserting claims against Mindy Casto (Fresno Chief of Police), Paco Balderama (Ex-Chief of Police, Fresno), Fresno Police Department, Jerry Dyer (Ex-Chief of Police, Fresno), Emilio Seja Garcia, and McKenzie Reid (Public Defender). (Doc. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2). However, Plaintiff's application is insufficient for the Court to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Plaintiff reports that his date of last employment is June 29, 2025 and the wages from this position were $16.50 per hour. (*Id.* at 1.) Having considered the application, the Court requires additional information to determine if Plaintiff is entitled to proceed *in forma pauperis* in this action.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed

1

in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  Plaintiff is instructed not to leave fields empty, but rather to write "zero" or "N/A" as appropriate in any fields that he intends to leave blank.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1.      The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2       Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3.      If Plaintiff fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated:   **February 19, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

2